IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DINO M. GENTILE,
    Petitioner,

vs.                                        Case No. 3:07cv255/LAC/EMT

ALBERTO GONZALES,
    Respondent.
_____/

**O R D E R**

    Petitioner has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 6).

    Although Petitioner filed his petition on the court-approved form, he failed to fully complete the form; therefore, he must amend the petition before this action may proceed. Question 7 on the petition form requires Petitioner to set forth each ground for relief and briefly summarize the facts supporting each ground (*see* Doc. 6 at 3). Petitioner responded by setting forth each ground for relief and stating in the factual section for each ground, "See filed memorandum of law with attached exhibits," thereby referring the court to his original petition and attachments thereto. This is not acceptable. The use of a prescribed form, required by Rule 5.1(J) of the Local Rules for the Northern District of Florida, was adopted for reasons of administrative convenience. This court, with its large volume of habeas actions, saves valuable time if it is not required to decipher lengthy and often unintelligible motions or petitions. This saving would be lost if Petitioner were allowed to file an incomplete form and an attachment, instead of completing the form itself. In light of the administrative benefits derived from the use of the form, Petitioner will be required to fully complete the form, even if he wishes to submit an accompanying memorandum and attachments.

To amend his petition, Petitioner should completely fill out a new habeas petition form, marking it "**Second Amended Petition**." <u>Petitioner is advised that the amended petition must contain all of his grounds for relief, and it should not in any way refer to the previously filed petitions</u>. The amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded. Local Rule 15.1, Northern District of Florida. Additionally, Petitioner shall provide two service copies of the petition in addition to the original.

Accordingly, it is **ORDERED**:

1. The clerk is directed to send to Petitioner the form for use in Section 2241 cases. This case number shall be written on the form.

2. Petitioner shall file an amended petition as instructed in this order. Petitioner shall completely fill out the new petition form, marking it "Second Amended Petition." The amended petition should not refer to the original petition. Petitioner shall provide two (2) service copies of the amended petition in addition to the original.

3. Petitioner's failure to comply with this order within **THIRTY (30) DAYS** from the date of docketing of this order will result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 15th day of August 2007.

>*/s/ Elizabeth M. Timothy*
>**ELIZABETH M. TIMOTHY**
>**UNITED STATES MAGISTRATE JUDGE**