IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DINO M. GENTILE,
    Petitioner,

vs.        Case No. 3:07cv255/LAC/EMT

ALBERTO R. GONZALEZ,
    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 30, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of the objections filed.

    Having considered the report and recommendation, and the timely filed objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Respondent's Motion to Dismiss (Doc. 14) is **GRANTED**.

    3.  The second amended petition for writ of habeas corpus (Doc. 8) is **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

    **DONE AND ORDERED** this 15th day of February, 2008.

s/_L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**